

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora Eliza **GONZALEZ** formerly known as Nora G. Rodriguez,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The appellant has filed a motion requesting an extension of time to file a motion for rehearing. The motion for extension of time is GRANTED. The appellant's motion for rehearing is due on or before **July 22, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court